IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES    Case No. 1:14-ml-2570-RLY-TAB
PRACTICES AND PRODUCTS           MDL No. 2570
LIABILITY LITIGATION

_____

This Document Relates to:

Tisdale, James – 1:22-cv-01260
Grumman, Arthur – 1:22-cv-01328
Brown, James A. (Estate) – 1:23-cv-01188
Hakim, Alfred – 1:23-cv-00136

_____

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Case Management Order No. 32, and upon review of the Seventh Circuit Court's decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), Plaintiffs in the above-captioned cases acknowledge that, based on review of the evidence, the amount in controversy in these matters does not exceed the jurisdictional threshold of $75,000, exclusive of interest and costs, as required for this Court's exercise of subject matter jurisdiction. *See* 28 U.S.C. § 1332(a).

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and the Cook Defendants stipulate to the dismissal of all claims in these actions without prejudice for lack of subject-matter jurisdiction. Each party shall bear its own fees and costs.

Dated: November 6, 2024

*/s/ A. Craig Eiland*
A. Craig Eiland
Patrick H. Gurski
Eiland & Bonnin, P.C.
2200 Market St., Ste. 501
Galveston, Texas 77550
1220 Colorado Street, Ste. 300
Austin, Texas 78701
Telephone: (409) 763-3260
Facsimile: (409) 763-8154
Email: ceiland@eilandlaw.com
Email: pgurski@eilandlaw.com

**Attorneys for Plaintiffs**

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: andrea.pierson@faegredrinker.com

**Attorneys for Defendants**